**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **VICKIE WRIGHT, individually and as next friend and wife of David Wright, Deceased,** | ) ) ) |
| **Plaintiff,** | ) |
| **v.** | : **Case No. 3:24-CV-00220-TAV-DCP** |
| | ) |
| **SEVIER COUNTY, TENNESSEE,** | ) **JURY DEMANDED** |
| **BART TYNER,** | ) |
| **MARK HUNTER,** | ) |
| **CITY OF SEVIERVILLE, TENNESSEE,** | ) |
| **JACOB REECE,** | ) |
| **JORDAN PAUL,** | ) |
| **NESTOR VEREZ, and** | ) |
| **JACOB RADEMACHER,** | ) |
| | ) |
| **Defendants.** | ) |
| **and** | ) |
| | ) |
| **BART TYNER,** | ) |
| | ) |
| **Counter-Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **VICKIE WRIGHT,** | ) |
| | ) |
| **Counter-Defendant.** | ) |

## NOTICE OF AUDIO AND VIDEO DEPOSITION OF NESTOR VEREZ

**To:**   **Nestor Verez**
      c/o Benjamin K. Lauderback      email: blauderback@watsonroach.com
      Dan R. Pilkington            email: dpilkington@watsonroach.com
      Watson, Roach, Batson & Lauderback, P.L.C.
      P.O. Box 131
      Knoxville, TN  37901-0131
      *Counsel for Defendants City of Sevierville, Tennessee, Jacob Reece,*
      *Jordan Paul, Nestor Verez, and Jacob Rademacher*

Plaintiff's counsel having devoted considerable efforts over the last several weeks to confirm mutually convenient dates for initial party depositions in this case, the date specified having been confirmed as available on all counsel's calendars, Plaintiff's counsel not having been made aware of a conflict that this deponent has for the date specified, and Plaintiff's counsel being willing to consider alternate arrangements for good cause, provided the date is agreeable with Plaintiff's counsel, is in the same general time frame, and allows discovery to proceed in a manner that complies with the Scheduling Order entered in this case, notice is hereby given that counsel for Plaintiff / Counter-Defendant will take the deposition of Defendant **Nestor Verez** on **Thursday, March 6, 2025, beginning at 9:00 a.m.** and continuing until completed at the offices of Ritchie, Johnson & Stovall, P.C., 606 W. Main St., Suite 300, Knoxville, Tennessee 37902 or, if the deponent and/or his counsel prefers, at the deponent's counsel's office, or at a mutually agreeable location consistent with the Federal Rules of Civil Procedure.

The deposition will be before a court reporter and videographer and Counsel for Plaintiff / Counter-Defendant will retain the services of the court reporter and videographer. This deposition is to be taken for all purposes consistent with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Respectfully submitted this 30th day of January, 2025.

By:   _s/ Wayne Ritchie_____
WAYNE A. RITCHIE II, BPR # 013936
JAMES R. STOVALL, BPR #032512
SAMANTHA I. ELLIS, BPR # 036709
**RITCHIE, JOHNSON & STOVALL, P.C.**
606 W. Main Street, Suite 300
Knoxville, TN 37902
Phone: (865) 234-2100
e-mail: war@rjs.law
e-mail: jstovall@rjs.law
e-mail: sellis@rjs.law
*Attorneys for Plaintiff*

2