# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| VICKIE WRIGHT, individually and as next friend and wife of David Wright, Deceased, | ) ) ) |
| Plaintiff, | ) |
| v. | : Case No. 3:24-CV-00220-TAV-DCP ) |
| SEVIER COUNTY, TENNESSEE, | ) JURY DEMANDED |
| BART TYNER, | ) |
| MARK HUNTER, | ) |
| CITY OF SEVIERVILLE, TENNESSEE, | ) |
| JACOB REECE, | ) |
| JORDAN PAUL, | ) |
| NESTOR VEREZ, and | ) |
| JACOB RADEMACHER, | ) ) |
| Defendants. | ) |
| and | ) ) |
| BART TYNER, | ) ) |
| Counter-Plaintiff, | ) ) |
| v. | ) ) |
| VICKIE WRIGHT, | ) ) |
| Counter-Defendant. | ) |

---

## AMENDED NOTICE OF AUDIO AND VIDEO DEPOSITION OF MARK HUNTER

---

**To:** **Mark Hunter**
c/o Jeffrey M. Ward, Esq.          Email: jward@milligancoleman.com
Milligan & Coleman, PLLP
P.O. Box 1060
Greeneville, TN 37744-1060
*Counsel for Defendant Sevier County, Tennessee, Mark Hunter*
*and Defendant/Counter-Plaintiff Bart Tyner*

Plaintiff's counsel having conferred with counsel to confirm mutually convenient dates for initial party depositions in this case, the date having been confirmed as available on all counsels' calendars and with the witness, notice is hereby given that counsel for Plaintiff / Counter-Defendant will take the deposition of Defendant **Mark Hunter** on **Tuesday, March 25, 2025, beginning at 9:00 a.m.** and continuing until completed at the offices of Delius & McKenzie, PLLC at 124 Court Avenue, Sevierville, TN 37862.

The deposition will be before a court reporter and videographer and counsel for Plaintiff / Counter-Defendant will retain the services of the court reporter and videographer. This deposition is to be taken for all purposes consistent with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Respectfully submitted this 19th day of March, 2025.

By:  s/ Samantha I. Ellis
WAYNE A. RITCHIE II, BPR # 013936
JAMES R. STOVALL, BPR #032512
SAMANTHA I. ELLIS, BPR # 036709
**RITCHIE, JOHNSON & STOVALL, P.C.**
606 W. Main Street, Suite 300
Knoxville, TN  37902
Phone:  (865) 234-2100
e-mail: war@rjs.law
e-mail: jstovall@rjs.law
e-mail: sellis@rjs.law
***Attorneys for Plaintiff***

2