# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| VICKIE WRIGHT, individually and as next friend and wife of David Wright, Deceased, | ) ) ) |
| Plaintiff, | ) |
| v. | : Case No. 3:24-CV-00220-TAV-DCP ) |
| SEVIER COUNTY, TENNESSEE, | ) JURY DEMANDED |
| BART TYNER, | ) |
| MARK HUNTER, | ) |
| CITY OF SEVIERVILLE, TENNESSEE, | ) |
| JACOB REECE, | ) |
| JORDAN PAUL, | ) |
| NESTOR VEREZ, and | ) |
| JACOB RADEMACHER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF AUDIO AND VIDEO DEPOSITION OF JERRY VANDERGRIFF

To:   **Det. Jerry Vandergriff**
c/o Jeffrey M. Ward, Esq.          Email: jward@milligancoleman.com
Milligan & Coleman, PLLP
P.O. Box 1060
Greeneville, TN  37744-1060
*Counsel for Defendant Sevier County, Tennessee, Mark Hunter*
*and Defendant/Counter-Plaintiff Bart Tyner*

Plaintiff's counsel having conferred with counsel to confirm mutually convenient dates for depositions in this case, the date having been confirmed as available on all counsels' calendars and with the witness, notice is hereby given that counsel for Plaintiff will take the deposition of **Det. Jerry Vandergriff on Wednesday, November 5, 2025, beginning at 9:30 a.m.** and continuing until completed at the offices of Ritchie, Johnson & Stovall, 606 W. Main Street, Suite 300, Knoxville, Tennessee 37902.

The deposition will be before a court reporter and videographer and counsel for Plaintiff will retain the services of the court reporter and videographer.  This deposition is to be taken for all purposes consistent with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Respectfully submitted this 31st day of October 2025.

By:   /s/ Wayne A. Ritchie  II
WAYNE A. RITCHIE II, BPR # 013936
JAMES R. STOVALL, BPR #032512
SAMANTHA I. ELLIS, BPR # 036709
**RITCHIE, JOHNSON & STOVALL, P.C.**
606 W. Main Street, Suite 300
Knoxville, TN  37902
Phone:  (865) 234-2100
e-mail: war@rjs.law
e-mail: jstovall@rjs.law
e-mail: sellis@rjs.law
*Attorneys for Plaintiff*

2