# IN THE UNITED STATED DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| VICKIE WRIGHT, individually and as next friend and wife of David Wright, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-00220 |
| SEVIER COUNTY, TENNESSEE, BART TYNER, MARK HUNTER, CITY OF SEVIERVILLE, TENNESSEE, JACOB REECE, JORDAN PAUL, NESTOR VEREZ, and JACOB RADEMACHER, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED MOTION TO TAKE THE DEPOSITION OF DARYL HIGDON PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)

Defendants City of Sevierville, Tennessee, Jacob Reece, Jordan Paul, Nestor Verez, Jacob Rademacher, Sevier County, Tennessee, Mark Hunter and Bart Tyner hereby appear, by and through the undersigned counsel, and seeks leave to depose Daryl Lynn Higdon pursuant to Fed. R. Civ. P. 30(a)(2)(B).[1] The Defendants propose to conduct the deposition of Daryl Higdon on January 8, 2026 at 11:00 a.m. CDT/12:00 p.m. EDT at the Trousdale Turner Correctional Center, located at 140 Macon Way, Hartsville, Tennessee 37074.

The deposition of Daryl Higdon is warranted pursuant to Fed. R. Civ. P. 26(b)(1) and (b)(2). He has discoverable information about the claims and defenses. On May 12, 2023, Defendant Officer Jacob Reece attempted a traffic stop on a tan Ford Taurus. The vehicle registration identified the owner as Daryl Higdon at 2739 Holly Drive in Sevier County. The

---

[1] The Court previously granted leave for the deposition of Higdon to take place on June 4, 2025, but the deposition had to be rescheduled.

Defendant Officers of the Sevierville Police Department and Sevier County Sheriff's Department responded to the residence. Upon the arrival of law enforcement to the residence, Daryl Higdon exchanged gunfire with the Defendant law enforcement officers on the scene. During the exchange of gunfire, David Wright was shot and killed. It is necessary to depose Mr. Higdon to discover information regarding his recollection of the incident of May 12, 2023.

Upon information and belief, Mr. Higdon is currently an inmate at Trousdale Turner Correctional Center in Hartsville, Tennessee, serving a multi-year sentence for various offences including multiple counts of Attempted Second Degree Murder, Evading Arrest, Possession of Weapon by a Convicted Felon, and Reckless Homicide. The Parties have coordinated with the office of the Warden of Trousdale Turner Correctional Center to confirm the date and time to conduct the deposition of Mr. Higdon and to take reasonable steps to ensure the process will be minimally disruptive to operation of that facility.

WHEREFORE, these Defendants move the Court for an Order permitting the deposition of Daryl Higdon to be taken at the Trousdale Turner Correctional Cente.

RESPECTFULLY submitted this 4th day of December 2025.

CITY OF SEVIERVILLE, TENNESSEE,
JACOB REECE, JORDAN PAUL,
NESTOR VEREZ AND
JACOB RADEMACHER

By:     /s/*Dan R. Pilkington*
        DAN R. PILKINGTON, BPR No. 024660
        BENJ K. LAUDERBACL, BPR No. 020855
        WATSON, ROACH, BATSON & LAUDERBACK,
        P.L.C.
        1500 Riverview Tower
        900 South Gay Street, P.O. Box 131
        Knoxville, Tennessee 37901-0131
        (865) 637-1700

2

dpilkington@watsonroach.com
blauderback@watsonroach.com

SEVIER COUNTY, TENNESSEE,
MARK HUNTER AND BART TYNER

By:     /s/*Jeffrey M. Ward* (w/permission - *Dan R. Pilkington*
JEFFREY M. WARD, BPR No. 016329
MILLIGAN & COLEMAN PLLP
P. O. Box 1060
Greeneville, Tennessee 37744-1060
(423) 639-6811
jward@milligancoleman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

*Attorneys for the Plaintiffs*
Wayne A. Ritchie II, Esq.
James R. Stovall, Esq.
Samantha I. Ellis, Esq.
Ritchie, Davies, Johnson & Stovall, P.C.
606 W. Main Street, Suite 300
Knoxville, Tennessee 37902

Dated this 4th day of December 2025.

/s/*Dan R. Pilkington*
DAN R. PILKINGTON, BPR No. 024660

3