DEPOSITION OF VICKIE WRIGHT

June 2, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

– – – – – – – – – – – – – – – – –

VICKIE WRIGHT, Individually      )
and as Next Friend and Wife of)
David Wright, Deceased           )
                                 )
             Plaintiff,          )
                                 )Case No.:
v.                               )3:24-cv-00220-TAV-DCP
                                 )
SEVIER COUNTY, TENNESSEE, BART)
TYNER, MARK HUNTER, CITY OF      )
SEVIERVILLE, TENNESSEE, JACOB )
REECE, JORDAN PAUL, NESTOR       )
VEREZ, and JACOB RADEMACHER      )
                                 )
             Defendants.         )

– – – – – – – – – – – – – – – – –

APPEARANCES:

                    FOR THE PLAINTIFF:

                    Wayne A. Ritchie, II, Esq.
                    RITCHIE, JOHNSON & STOVALL
                    606 W. Main Street
                    Suite 300
                    Knoxville, Tennessee  37902

                    FOR THE DEFENDANTS SEVIER COUNTY,
                    TENNESSEE, BART TYNER, AND MARK
                    HUNTER:

                    Jeffrey M. Ward, Esq.
                    MILLIGAN & COLEMAN
                    230 West Depot Street
                    Greeneville, Tennessee  37743

Gateway Court Reporting & Video, LLC

FOR THE DEFENDANTS CITY OF
SEVIERVILLE, TENNESSEE, JACOB
REECE, JORDAN PAUL, NESTOR VEREZ,
AND JACOB RADEMACHER:

Dan R. Pilkington, Esq.
WATSON, ROACH, BATSON & LAUDERBACK
900 South Gay Street
Suite 1500
Knoxville, Tennessee   37902

of -- who was going to be in charge, who was going to do the investigation -- would be there shortly, did I need anything.  I asked her to get my purse, medication, cell phone, and told her where it was. So that's what she did.  She went in to get it and brought it to me.

Q.      At that point, did you know whether you had any cut or injury to your face?

A.      I didn't.  She did ask me, though, if I needed medical attention, and I said no.  I really didn't -- I don't know if the whole time in the back of the cruiser if I even tried to examine my -- I mean, I don't know.  I don't remember.

Q.      As we sit here today, you just don't remember having that injury at the time?

A.      That wasn't at all anything I was thinking about.

Q.      After she got you out and got you uncuffed, what do you recall happening?

A.      I waited.  She left to go inside the house.  I just was there close to the -- I didn't -- I might have walked a little bit back and forth, but I didn't leave that right there.  I just waited for her to come back.

Q.      Had she asked you to stay?

Q.      We all see on the TV of right to remain silent, all of those fun things.  Do you recall whether he read you any of that or not?

A.      I mean, I don't recall.

Q.      Do you remember having to sign anything?

A.      There's a lot about that night that I don't remember.  I have a bit of perception that I did sign something.

Q.      When the TBI agent was asking you questions, were you attempting to answer his questions accurately?

A.      Yes, yes.

Q.      Did you feel like you were in your right mind at that point?

A.      I mean, I was in shock.  I was still lucid and alert.  So in my right mind, under the circumstances, yes.

Q.      Did the TBI provide any kind of medical treatment for you?

A.      No.  They asked if I needed medical treatment and I said no.

Q.      Did any nurse, EMT, anybody evaluate you?

A.      No.

Gateway Court Reporting & Video, LLC

A.        My medical providers are only the two doctors at UT Primary Care, family physicians, Dr. Matt Chua, Dr. Bailey, who did my ablation, and his PA, but I think you asked at that location.

Q.        Did you ever see a medical provider for any injuries to your face as a result of this incident?

A.        No.

Q.        Do you have any current injuries or scarring as a result of this incident?

A.        I have a scar.

Q.        And where is the scar?

A.        The scar is here.  It's covered up with makeup.

Q.        You pointed at your right cheek?

A.        Yes.

Q.        Okay.

A.        Right there.  There's a scar also on my shoulder.

Q.        That's your left kind of clavicle area?

A.        Yes, on the top part.  It's a small scar.  There was shrapnel in there.

Q.        Have you taken any photographs of any of that scarring?

REPORTER'S CERTIFICATE

STATE OF TENNESSEE:

COUNTY OF KNOX:

I, Sara M. Smith, LCR #258, Licensed Court Reporter, in and for the State of Tennessee, do hereby certify that the above was reported by me and that the foregoing pages of the transcript are a true and accurate record, to the best of my knowledge, skills, and ability.

I further certify that I am not related to nor an employee of counsel or any of the parties, nor am I in any way financially interested in the outcome of this case.

I further certify that I am duly licensed by the Tennessee Board of Court Reporting as a Licensed Court Reporter, as evidenced by the LCR number and expiration date following my name below.

_____
Sara M. Smith, LCR #258
Expiration Date 6/30/2026