VIDEOTAPED DEPOSITION OF MARK HUNTER

May 19, 2025


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE


------------------------------------
VICKIE WRIGHT, individually and as   )
next friend and wife of David        )
Wright, Deceased,                    )
                                     )
          Plaintiff,                 ) CASE NO.
                                     ) 3:24-cv-00220-
vs.                                  ) TAV-DCP
                                     )
SEVIER COUNTY, TENNESSEE, BART       )
TYNER, MARK HUNTER, CITY OF          )
SEVIERVILLE, TENNESSEE, JACOB        )
REECE, JORDAN PAUL, NESTOR VEREZ,    )
and JACOB RADEMACHER,                )
                                     )
          Defendants.                )
------------------------------------

APPEARANCES:

          FOR THE PLAINTIFF:

          WAYNE A. RITCHIE, II, ESQ.
          SAMANTHA I. ELLIS, ESQ.
          JAMES R. STOVALL, ESQ.
          Ritchie, Johnson & Stovall, P.C.
          606 West Main Street, Suite 300
          Knoxville, Tennessee 37902
          war@rjs.law
          sellis@rjs.law
          jstovall@rjs.law

- Appearances continued -


FOR THE DEFENDANTS SEVIER COUNTY,
TENNESSEE, BART TYNER, AND MARK
HUNTER:

JEFFREY M. WARD, ESQ.
Milligan & Coleman, PLLP
230 West Depot Street
Greeneville, Tennessee 37743
jward@milligancoleman.com


FOR THE DEFENDANTS CITY OF
SEVIERVILLE, TENNESSEE, JACOB
REECE, JORDAN PAUL, NESTOR VEREZ
AND JACOB RADEMACHER:

BENJAMIN K. LAUDERBACK, ESQ.
DAN R. PILKINGTON, ESQ.
Watson, Roach, Batson & Lauderback
900 South Gay Street, Suite 1500
Knoxville, Tennessee 37902
blauderback@watsonroach.com
dpilkington@watsonroach.com


ALSO PRESENT:

Nathan Carr
Gary Shaffer (Via Zoom)
Vickie Wright
David Jenkins, videographer

A.      Yes, sir.

Q.      At any time before you fired your last shot during the events, did you see Vickie Wright come to the front door?

A.      Before she came out?

Q.      Correct.  Before you fired your last shot that evening.

A.      I got you.  The first time she stepped out was the first time I saw her.

Q.      Had any other officer, to your knowledge, seen Mrs. Wright come to the front door at any time before you fired your last shot that evening?

A.      I don't know if they did or not.

Q.      Did you hear anyone -- well, did you hear anyone on the scene mention that a female had come to the front door of the residence at any time before you fired your last shot that evening?

A.      Not that I can recall.

Q.      Do you recall Sergeant Rademacher saying, "I seen him peek through the front door so watch that"?

A.      Yes, sir.

Q.      That's on the body cam video, correct?

A.      Yes, sir.

Q.      He didn't use the word suspect, did he?

A.      I'd have to listen to it again.

C E R T I F I C A T E

STATE OF TENNESSEE

COUNTY OF KNOX

   I, Holly A. Klinger, LCR #704, Licensed Court Reporter and Registered Professional Reporter, in and for the State of Tennessee, do hereby certify that the above deposition was reported by me and that the foregoing pages of the transcript are a true and accurate record to the best of my knowledge, skills, and ability.

   I further certify that I am not related to nor an employee of counsel or any of the parties to the action, nor am I in any way financially interested in the outcome of this case.

   I further certify that I am duly licensed by the Tennessee Board of Court Reporting as a Licensed Court Reporter as evidenced by the LCR number and expiration date following my name below.

_____
Holly A. Klinger, RPR
Tennessee LCR #704
Expiration Date:  06/30/2026