VICKIE WRIGHT, individually and as next      ]
friend and wife of David Wright, Deceased,   ]
                                             ]
     Plaintiff,     ]
                                             ]
v.                                           ]     Case No. 3:24-cv-00220-TAV-DCP
                                             ]
SEVIER COUNTY, TENNESSEE, BART               ]
TYNER, MARK HUNTER, CITY OF                  ]
SEVIERVILLE, TENNESSEE, JACOB REECE,         ]
JORDAN PAUL, NESTOR VEREZ, and               ]
JACOB RADEMACHER,                            ]
                                             ]
     Defendants.    ]

## DECLARATION OF MARK HUNTER

Mark Hunter declares as follows:

1. My name is Mark Hunter. I am over eighteen years of age, and I am competent to make this Declaration. I am a citizen and resident of Sevier County, Tennessee.

2. At all times relevant to the events in this case, I was employed by Sevier County, Tennessee as a Deputy Sheriff. I started work as a Deputy Sheriff for the Sevier County Sheriff's Office ("SCSO") in 2020. Prior to that, I was employed as a Patrol Deputy for the Nassau County Sheriff's Office in Yulee, Florida.

3. I am a certified law enforcement officer through the Peace Officer Standards and Training (P.O.S.T.) Commission, having obtained my original certification in Florida. Prior to the events at issue, I had all of the continuing annual training required by Tennessee's P.O.S.T. Commission. Over the course of my law enforcement career prior to this incident, I had received extensive training on use of force, including training on the SCSO's use of force policy that was in effect in 2023.

4. On May 12, 2023, I was working for the SCSO. Around 8:00 p.m., I was notified that Sevierville Police Department ("SPD") officers needed assistance from County officers to go to the residence of a driver who had fled from the officers.

5. I went to New School to meet up with the other officers. It is located near the residence. When I arrived at the school, SPD Officer Nestor Verez arrived at about the same time. Upon arrival, Officer Nestor Verez and I noticed that the location where the officers were meeting at the school was in view of the residence at issue, and we advised the other officers. Soon thereafter, all officers left the school and proceeded to the residence located at 2739 Holly Drive.

6. Upon arrival at the residence, I knew that Sgt. Bart Tyner, my supervisor, was going to proceed to the front door for purposes of doing a "knock and talk." I assumed a SPD officer would accompany him. I went to the rear of the residence with three SPD officers, Jacob Rademacher, Nestor Verez, and Jordan Paul, who is a K9 officer. He had his K9, Hank, with him.

7. I was wearing a body camera and it was recording. A true and accurate copy of the recording is attached as Exhibit A to this Declaration.

8. A review of Exhibit A shows the following interactions at the labeled time marks on the recording:

    a. 20:15:53    At this point, I am at the back of the house at the side. I can see the back deck, which is up a set of stairs. I see a white male and instruct him to come down the stairs. Instead, he returns inside.

    b. 20:15:56    I move to the bottom of the steps to the back deck.

    c. 20:16:01    I ascend the steps up to the first landing. There are further steps to reach the back deck (and the back door that the man just retreated into).

    d. 20:16:07    Two SPD officers ascend the stairs and pass me. I hold my position on the first landing.

2

e. 20:16:13    SPD officers are not sure it's Daryl Higdon, but go to the back door and instruct him to open the door.

f. 20:16:22    I provide a description of the man I saw: white male, goatee, black shirt.

g. 20:16:55    I ask if they have contact upfront.

h. 20:17:02    SPD officers at the back door yell for the man to come to the door with his hands in the air or they are coming in.

i. 20:17:09    I hear yelling coming from upfront and I begin running in that direction.

j. 20:17:14    I continue to hear yelling from upfront and I continue running in that direction.

k. 20:17:17    By this point, I have reached the front side of the house. I can see Sgt. Tyner on the front porch and I can hear him yelling: "Put the gun down!"

l. 20:17:20    At this point, I am approaching the front porch. I stop running. I can see Sgt. Tyner and he is repeatedly yelling: "Put the gun down. Put the gun down now." His weapon is drawn. SPD Officer Reece and his K9 are just behind him on the steps to the front porch. Office Reece has his weapon drawn as well.

m. 20:17:26   I continued to approach and Sgt. Tyner continues to repeat his orders to: "Put the gun down now." Officer Reece has now descended the steps with his K9.

n. 20:17:29    At this point, I heard the charging handle of an AR 15. Shots are fired. Sgt. Tyner shoots first, and gives another command to: "Put the gun down."

o. 20:17:31    Someone inside the residence begins firing. Sgt. Tyner and Officer Reece move for cover.

p. 20:17:35    I move towards the side of the house for cover, and stop for an instant to see that Sgt. Tyner is now under the wooden front porch. I do not know his condition.

q. 20:17:38    I move further to the side of the house for more cover. I radio "shots fired" three times.

r. 20:17:39    At this point, I began running for a tree to take cover, but Officer Paul and his K9 Hank reached the tree first, so I ran to my cruiser for cover.

3

s. 20:17:45   I reach the back of my cruiser for cover. One of the SPD officers is beside me.

t. 20:17:52   A second SPD officer arrives to take cover behind my vehicle.

u. 20:17:53   At this point, repeated shots are coming from the house, but it is unclear exactly where they are coming from.

v. 20:18:09   One of the SPD officers with me says: "I can't see him."

w. 20:18:10   I radio to dispatch that "we need more units!"

x. 20:18:16   The SPD officer says again: "I can't see him. Give me a second."

y. 20:18:40   After several seconds of repeated firing from the residence, I say: "God … I don't know where he's coming from."

z. 20:18:47   I fired three rounds with my pistol. I was aiming at a shooter at the back of the residence.

aa. 20:18:50   Several more rounds are fired from the residence. The initial shots were fired out the front door. At other points, the shots were coming from the back deck. For that reason, I am concerned that there are two shooters.

bb. 20:19:06   SPD officers are now yelling for one of the officers to get a rifle. I am still positioned behind my cruiser. My rifle is in my cruiser, but I am concerned that if I go to the front passenger door to retrieve my rifle that I will be shot.

cc. 20:19:11   I decide to make the attempt to retrieve my rifle. I tell Sgt. Rachemacher to "cover me."

dd. 20:19:14   I open the front passenger door of my cruiser. It takes me until 20:19:21 to retrieve my rifle and return to my position behind my vehicle. I was in an exposed position during this period of time.

ee. 20:19:25   I pulled back on the charging handle to move a rifle cartridge into the firing chamber so that I can begin firing. My rifle had a red dot optic, but it did not have a scope with magnification.

ff. 20:19:36   For several seconds prior to this, we continue to be under fire. As I maneuver with my rifle to the passenger side of my cruiser, I say: "Where's he at?"

gg. 20:19:41   I fire rounds with my rifle towards the back deck of the residence.

4

hh. 20:19:57   I run to a SPD cruiser that is parked behind my cruiser in order to have a better angle towards the back of the house. K9 Hank has gotten free from SPD Officer Paul, and Officer Paul yells: "He's hit!" Officer Paul is talking about the fact that K9 Hank has been shot.

ii. 20:20:04   I fire four rounds from my rifle towards the back deck of the residence.

jj. 20:20:09   SPD Officer Paul is repeatedly saying "he's hit" – meaning K9 Hank – and there is a discussion about the location of the "med kit" (medical kit).

kk. 20:20:30   I open the rear hatch of my cruiser to retrieve my med kit.

ll. 20:20:33   A SPD officer says he needs cover to get his rifle out. I respond: "We don't know where he [meaning the shooter] is at."

mm. 20:21:01   I am moving from one side of my cruiser to the other trying to get vantage points at the rear and front of the house because I don't know where the shooter is. I say to SPD Sgt. Rademacher: "Where's he at?" I am referring to the shooter.

nn. 20:21:37   SPD Sgt. Rademacher says: "I seen him [meaning the shooter] peek through the front door, so watch that." I trained my rifle on the front door.

oo. 20:21:45   I fired one round towards a person's head that I saw at the front door. At that moment I did not know that I hit anyone. I fired because I believed the person at the front door had a gun, and that our lives were in imminent danger, especially Sgt. Tyner whom I knew was injured, possibly shot, just around the corner from the front porch, and unable to retreat to cover.

pp. 20:22:03   I radio Sgt. Tyner and provide him the following information: "I'm behind my car. There is one at the front door with a gun where you are; if you can take a step back to the right, behind the house for me." At this point in time, I am concerned that there are two shooters. I am also concerned that if the shooter, that I perceived at the front door, should come down the front porch steps that I will not be able to fire my rifle for fear of hitting Sgt. Tyner. Therefore, I am asking him that if he is able, to move further behind the house so that I do not accidentally shoot him.

qq. 20:22:13   SPD officer says to me: "Do you see where he's at man?" I respond: "There's one person … there's one at the front door." Again, I believe there are two shooters.

rr. 20:22:22   I ask the SPD officers around me: "Does anyone have the back door?" By

5

this, I am asking whether any officer is watching the back door because I am watching the front door and I am concerned that there may be two shooters.

ss. 20:23:43 I radio to Sgt. Tyner that K9 is shot and needs to evac from here."

tt. 20:24:13 I still have my rifle trained on the front door, and I say: "Front door contact!"

uu. 20:24:15 I see a female at the front door. I give her the following command: "Show us your hands!"

vv. 20:24:18 I continue giving her commands to show her hands and to come down the stairs. I then instruct her to walk in the middle of the street towards me.

ww. 20:25:07 As the lady (now known to be Mrs. Wright) reaches me, I ask her where is the shooter, and she says on the back porch.

xx. 20:25:07 Mrs. Wright has a cut on her right cheek that can be seen here.

yy. 20:25:12 I ask Mrs. Wright if the shooter has been shot, and Mrs. Wright tells me that he has been.

zz. 20:25:15 Mrs. Wright says that someone killed her husband.

aaa. 20:25:22 A SPD officer asks her: "Who was the one shooting at us?" And she responds: "My brother."

bbb. 20:25:25 Mrs. Wright asks why she is being cuffed and I tell her: "Because someone's shooting at us." In other words, she was being handcuffed and placed in a cruiser for her safety and for ours. Officers are trained to handcuff persons in dangerous and fluid situations for not only their protection, but for the citizen's protection as well.

ccc. 20:26:20 Mrs. Wright informs me that her brother has been shot. I radio that her brother has been shot as well. I have already radioed that she is reporting that her husband was "down and 62" – meaning deceased.

ddd. 20:26:45 The cut to Mrs. Wright's right cheek is visible at this point. She informs that her brother has been shot and is bleeding from the stomach area.

eee. 20:26:55 I place Mrs. Wright in a SPD cruiser.

fff. 20:27:57 The man now known as Daryl Higdon comes out onto the front porch to surrender.

6

9.  With respect to the length of time that Mrs. Wright was in the SPD cruiser, even after Mr. Hidgon surrendered, the scene was still not secure. Mrs. Wright had reported that her husband was inside deceased, and that her brother, Mr. Higdon, was the shooter. But the SWAT team had been dispatched and the decision was made by officers above my rank to have the SWAT team clear the house to make sure that there was no further threat. Mrs. Wright did not appear to me to have any medical issues that required immediate medical attention. Her brother's situation was different. He had been shot, and as soon as he could be evacuated from the scene, he was. I have been informed that a helicopter transported him to the University of Tennessee Medical Center; and that he survived.

10.  With respect to my decision to fire my weapon at a person at the front door, I knew that there had been heavy gun fire from both the front door and the back door. I knew Sgt. Tyner was possibly shot, and that due to his injury, he was in an exposed position. I perceived a weapon with the person at the front door, and I fired one shot. I did that to protect the lives of all of the officers, but especially Sgt. Tyner.

11.  From my body camera, one cannot see what I saw at the front door when I fired the shot that apparently struck Mr. Wright. But here is a screen shot from a Ring camera across the street. While the screen shot is from a different angle as compared with my position, it shows something dark at the front door. From my position, which was further away, I perceived it to be a gun. As quoted earlier, immediately after I fired the single shot at a person at the front door, I radioed Sgt. Tyner that a person at the front door had a gun. I made this statement before I knew that anyone at the front door had been shot or killed:



12. During the time frame that I was firing my rifle at someone at the back porch or front door, I do not know my exact distance. My best estimate is that I was 50-60 yards from the back porch and that the front door was an additional 5-10 yards further from my location. My rifle had a red dot optic on it, but it did not have a scope with magnification.

13. During this incident, I was the only officer who fired a rifle. Any other officer who fired a weapon was firing a handgun.

Pursuant to 28 U.S.C. § 1746, I, Mark Hunter, certify under penalty of perjury that the foregoing is true and accurate.  Executed:  05/02/2026


Mark Hunter (Feb 5, 2026 11:09:28 EST)

Mark Hunter

8

# EXHIBIT A - VIDEO FROM BODY

# CAMERA OF HUNTER

# (To be Filed Manually)

9

# Declaration of Mark Hunter 2026-02-05

Final Audit Report                                                                2026-02-05

| | |
|---|---|
| Created: | 2026-02-05 |
| By: | Jeff Ward (jward@hmsklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA1cXtNAIr5fNmMFBqUshEZIFoB9WGTfvI |

## "Declaration of Mark Hunter 2026-02-05" History

Document created by Jeff Ward (jward@hmsklaw.com)
2026-02-05 - 4:03:19 PM GMT

Document emailed to Mark Hunter (chrishunter187@yahoo.com) for signature
2026-02-05 - 4:03:22 PM GMT

Email viewed by Mark Hunter (chrishunter187@yahoo.com)
2026-02-05 - 4:08:58 PM GMT

Document e-signed by Mark Hunter (chrishunter187@yahoo.com)
Signature Date: 2026-02-05 - 4:09:28 PM GMT - Time Source: server

Agreement completed.
2026-02-05 - 4:09:28 PM GMT

Adobe Acrobat Sign